

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xerox Corporation | Civil Action No.   11cv2475 W (BGS) |
| **Plaintiff,** | |
| V. | |
| SL Graphics; Manuel Gonzalez; Dalila Gonzalez | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Default judgment is entered in favor of Plaintiff Xerox Corporation and against Defendants SL Graphics, Manuel Gonzalez, and Dalila Gonzalez as follows:
(1) Xerox is awarded $112,877.15 in damages, and $49,768.98 in interest.
(2) Xerox is awarded $5,857.54 in attorneys' fees, and $445 in costs.

Date:    2/5/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.

By:  s/  S. Melvin

S. Melvin, Deputy